# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78721

FILED

JUN 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to declare appellant a vexatious lititgant. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant has filed a motion indicating that he wishes to voluntarily dismiss his appeal. The motion is granted and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                Silver

cc:   Hon. Michael Villani, District Judge
      Brian Kerry O'Keefe
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

19-23928